1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   GILBERT SALICIDO,                    1:25-cv-00575 EPG (PC)

12                  Plaintiff,

13          v.                            ORDER GRANTING APPLICATION TO
                                          PROCEED *IN FORMA PAUPERIS*
14   E. MUNOZ,                            (ECF No. 5)

15                  Defendant.                         and

16

17                                        ORDER DIRECTING PAYMENT
                                          OF INMATE FILING FEE BY THE
18                                        MADERA COUNTY SHERIFF

19
20          Plaintiff is incarcerated and proceeding *pro se* in this 42 U.S.C. § 1983 action and has

21   requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the

22   showing required by § 1915(a), and accordingly, the request to proceed *in forma pauperis* will be

23   granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28

24   U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty

25   percent of the preceding month's income credited to Plaintiff's trust account. The Madera County

26   Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time

27   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C.

28   § 1915(b)(2).

                                          1

1    Accordingly, IT IS ORDERED that:

2    1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is GRANTED;

3    **2.  The Madera County Sheriff or his designee shall collect payments from**

4    **Plaintiff's trust account in an amount equal to twenty percent (20%) of the**

5    **preceding month's income credited to the trust account and shall forward those**

6    **payments to the Clerk of the Court each time the amount in the account exceeds**

7    **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

8    **been collected and forwarded to the Clerk of the Court. The payments shall be**

9    **clearly identified by the name and number assigned to this action.**

10   3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11   Plaintiff's *in forma pauperis* application on the Madera County Sheriff located at 195

12   Tozer St. Madera, CA 93638.

13   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

14   Department, U.S. District Court, Eastern District of California, Sacramento Division.

15   5.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

16   certified copy of his trust account statement for the six-month period immediately

17   preceding the filing of the complaint, if Plaintiff has not already done so.

18   IT IS SO ORDERED.

19

20   Dated:  **June 17, 2025**                          /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28