UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALICIDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. MUNOZ,<br><br>　　　　Defendant. | No.  1:25-cv-00575-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 9 |

　　　　Plaintiff Gilbert Salicido is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 31, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed without prejudice for failure to prosecute this case, failure to comply with a court order, and failure to update plaintiff's address.  Doc. 9.  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days of service.  *Id*. at 4.  The findings and recommendations were returned as undeliverable on November 13, 2025.  Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).[1]  Plaintiff has not filed

---

[1] Local Rule 183(b) requires that a party appearing pro se keep the Court apprised of their current address.  The deadline for plaintiff to notify the Court of his current address under Local Rule

1

objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 31, 2025, Doc. 9, are adopted in full;
2. This action is dismissed without prejudice, based on plaintiff's failure to prosecute this case, failure to comply with a court order, and failure to update his address; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 19, 2025

UNITED STATES DISTRICT JUDGE

---

183(b) has expired, and plaintiff has not updated his address.

2